STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

MARIE ISSA

Vs.

C.A. #:

SMA LIFE ASSURANCE COMPANY, aka, ALLMERICA INVESTMENT SERVICES, INC, aka, ALLMERICA FINANCIAL SERVICES, INC, aka, SMA FINANCIAL SERVICES, INC.

**COMPLAINT**
**COUNT I**

1. The Plaintiff, MARIE ISSA, is a resident of the Town of Lincoln, County of Providence and State of Rhode Island.
2. The Defendant, SMA LIFE ASSURANCE COMPANY, aka, ALLMERICA INVESTMENT SERVICES, INC, aka, ALLMERICA FINANCIAL SERVICES, INC, aka, SMA FINANCIAL SERVICES, INC. is a duly organized corporation doing business in the Town and County of Worcester, Commonwealth of Massachusetts.
3. On or about March 3, 1989, plaintiff entered into a disability insurance contract with defendant SMA LIFE ASSURANCE COMPANY, aka, ALLMERICA INVESTMENT SERVICES, INC, aka, ALLMERICA FINANCIAL SERVICES, INC, aka, SMA FINANCIAL SERVICES, INC.
4. Said policy number S060831000 provides a $3,080.00 monthly indemnity following the satisfaction of a sixty day elimination period in the event that plaintiff were to become disabled.
5. Said maximum benefit period would be to the age of 65.

LAW OFFICES
IRETTI & PERLOW
MORETTI BUILDING
76 RESERVOIR AVE.
RANSTON, RI 02910
(401) 943-5300
FAX (401) 944-6464

1

WHEREFORE, Plaintiff demands judgment against the Defendant in an amount sufficient to compensate her for her damages, plus interest and costs. The said amount is sufficient to establish the jurisdiction of this Honorable Court.

Plaintiff, By her attorneys

MORETTI & PERLOW LAW OFFICES

Jeffry S. Perlow, Esquire #2688
1070 Reservoir Avenue
Cranston, RI 02910
Tel. 401-943-5500
Fax. 401-944-5454

Plaintiff hereby demands a Trial by jury.

Jeffry S. Perlow, Esquire

DATED: November 5, 2004

JP\kdd
c:\complaints\c-issa

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454