UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 05 018 S

| | | |
|---|---|---|
| MARIE ISSA, Plaintiff | ) | C.A. No. |
| v. | ) | |
| SMA LIFE ASSURANCE CO., Defendant | ) | **NOTICE OF REMOVAL** |

Defendant Allmerica Financial Life Insurance & Annuity Company (incorrectly identified in the complaint as SMA Life Assurance Company) files this Notice of Removal pursuant to 28 U.S.C. §1446.

1. Plaintiff Marie Issa, on or about November 5, 2004, commenced this action in Providence County Superior Court. Plaintiff alleges that she is entitled to certain benefits under a contract of disability insurance issued by defendant. Plaintiff alleges that defendant breached its contract when it refused to pay or stopped paying disability benefits under the policy. Plaintiff further claims defendant acted in bad faith. Plaintiff's total claimed damages exclusive of interest and costs, on information and belief, exceed $75,000. A true copy of plaintiff's complaint is attached hereto.

2. Plaintiff is alleged in her complaint to be a citizen of the State of Rhode Island.

3. Allmerica Financial Life Insurance & Annuity Company is incorporated under the laws of Massachusetts and maintains its principal place of business in Worcester, Massachusetts.

4. This matter is subject to this Court's original jurisdiction because plaintiff's claims, on information and belief, exceed the $75,000.00 jurisdictional limit set forth in 28 U.S.C. §1332, and the parties are of diverse citizenship.

(2)

5. A former officer of Allmerica Financial Life Insurance & Annuity Company received a copy of the summons and complaint by certified mail from plaintiff's counsel on or about December 27, 2004.

6. The case is now subject to the Court's subject matter jurisdiction, pursuant to 28 U.S.C. §1332, because it is a civil action between citizens of different states and the matter in controversy, on information and belief, exceeds the sum or value of $75,000.

7. This Notice of Removal is being filed within the time period required by 28 U.S.C. §1446(b), specifically, it is hereby filed "within thirty days after receipt by defendant, through service or otherwise, of a copy of an amended pleading, motion or other paper from which it may first be ascertained that the case is one which is or has become removable..."

8. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

9. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Providence County, Rhode Island, Superior Court.

WHEREFORE, defendant Allmerica Financial Life Insurance & Annuity Company prays that this action stand removed from the Providence County Superior Court of Rhode Island to this Court.

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant Allmerica
Financial Life Insurance & Annuity Co.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: January 20, 2005

## CERTIFICATE OF SERVICE

To:

Jeffrey S. Perlow, Esq.
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, Rhode Island 02910

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Notice of Removal by mailing first class mail, postage prepaid, on the 20th day of January, 2005.

______________________________

FILED

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

MARIE ISSA

Vs. C.A. #:

SMA LIFE ASSURANCE COMPANY, aka, ALLMERICA INVESTMENT SERVICES, INC, aka, ALLMERICA FINANCIAL SERVICES, INC, aka, SMA FINANCIAL SERVICES, INC.

**COMPLAINT**
**COUNT I**

1. The Plaintiff, MARIE ISSA, is a resident of the Town of Lincoln, County of Providence and State of Rhode Island.
2. The Defendant, SMA LIFE ASSURANCE COMPANY, aka, ALLMERICA INVESTMENT SERVICES, INC, aka, ALLMERICA FINANCIAL SERVICES, INC, aka, SMA FINANCIAL SERVICES, INC. is a duly organized corporation doing business in the Town and County of Worcester, Commonwealth of Massachusetts.
3. On or about March 3, 1989, plaintiff entered into a disability insurance contract with defendant SMA LIFE ASSURANCE COMPANY, aka, ALLMERICA INVESTMENT SERVICES, INC, aka, ALLMERICA FINANCIAL SERVICES, INC, aka, SMA FINANCIAL SERVICES, INC.
4. Said policy number S060831000 provides a $3,080.00 monthly indemnity following the satisfaction of a sixty day elimination period in the event that plaintiff were to become disabled.
5. Said maximum benefit period would be to the age of 65.

LAW OFFICES
IRETTI & PERLOW
MORETTI BUILDING
76 RESERVOIR AVE.
RANSTON, RI 02910
(401) 943-6300
FAX (401) 944-6464

WHEREFORE, Plaintiff demands judgment against the Defendant in an amount sufficient to compensate her for her damages, plus interest and costs. The said amount is sufficient to establish the jurisdiction of this Honorable Court.

Plaintiff, By her attorneys

MORETTI & PERLOW LAW OFFICES

Jeffry S. Perlow, Esquire #2688
1070 Reservoir Avenue
Cranston, RI 02910
Tel. 401-943-5500
Fax. 401-944-5454

Plaintiff hereby demands a Trial by jury.

Jeffry S. Perlow, Esquire

DATED: November 5, 2004

JP\kdd
c:\complaints\c-issa

LAW OFFICES
MORETTI & PERLOW
MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454