UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE ISSA, Plaintiff | ) | C.A. No. 05-0018/S |
| | ) | |
| v. | ) | |
| | ) | |
| SMA LIFE ASSURANCE CO., Defendant | ) | |

**NOTICE OF FILING OF STATE COURT RECORD**

Pursuant to General Order #2003-01 and local rule 36(b), defendant Allmerica Financial Life & Annuity Company files herewith a copy of its Notice of Removal, state court docket sheet and certified copies of state court filings.

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant Allmerica
Financial Life Insurance & Annuity Co.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: January 25, 2005

3

CERTIFICATE OF SERVICE

To:

Jeffrey S. Perlow, Esq.
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, Rhode Island 02910

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Notice of Filing Of State Court Record by mailing first class mail, postage prepaid, on the 25th day of January, 2005.

Melaine Gosetti

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE ISSA, Plaintiff | ) | C.A. No. |
| v. | ) | |
| SMA LIFE ASSURANCE CO., Defendant | ) | **NOTICE OF REMOVAL** |

Defendant Allmerica Financial Life Insurance & Annuity Company (incorrectly identified in the complaint as SMA Life Assurance Company) files this Notice of Removal pursuant to 28 U.S.C. §1446.

1. Plaintiff Marie Issa, on or about November 5, 2004, commenced this action in Providence County Superior Court. Plaintiff alleges that she is entitled to certain benefits under a contract of disability insurance issued by defendant. Plaintiff alleges that defendant breached its contract when it refused to pay or stopped paying disability benefits under the policy. Plaintiff further claims defendant acted in bad faith. Plaintiff's total claimed damages exclusive of interest and costs, on information and belief, exceed $75,000. A true copy of plaintiff's complaint is attached hereto.

2. Plaintiff is alleged in her complaint to be a citizen of the State of Rhode Island.

3. Allmerica Financial Life Insurance & Annuity Company is incorporated under the laws of Massachusetts and maintains its principal place of business in Worcester, Massachusetts.

4. This matter is subject to this Court's original jurisdiction because plaintiff's claims, on information and belief, exceed the $75,000.00 jurisdictional limit set forth in 28 U.S.C. §1332, and the parties are of diverse citizenship.

5. A former officer of Allmerica Financial Life Insurance & Annuity Company received a copy of the summons and complaint by certified mail from plaintiff's counsel on or about December 27, 2004.

6. The case is now subject to the Court's subject matter jurisdiction, pursuant to 28 U.S.C. §1332, because it is a civil action between citizens of different states and the matter in controversy, on information and belief, exceeds the sum or value of $75,000.

7. This Notice of Removal is being filed within the time period required by 28 U.S.C. §1446(b), specifically, it is hereby filed "within thirty days after receipt by defendant, through service or otherwise, of a copy of an amended pleading, motion or other paper from which it may first be ascertained that the case is one which is or has become removable..."

8. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

9. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Providence County, Rhode Island, Superior Court.

WHEREFORE, defendant Allmerica Financial Life Insurance & Annuity Company prays that this action stand removed from the Providence County Superior Court of Rhode Island to this Court.

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant Allmerica
Financial Life Insurance & Annuity Co.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: January 20, 2005

CERTIFICATE OF SERVICE

To:

Jeffrey S. Perlow, Esq.
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, Rhode Island 02910

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Notice of Removal by mailing first class mail, postage prepaid, on the 20th day of January, 2005.

______________________

DOCKET EVENT LISTING

CASE NO.: PC2004 6367 TYPE CONTRACT DAMAGES
TITLE: MARIE ISSA V SMA LIFE INSURANCE CO
FILING DATE: 11-26-2004 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| ALLAMERICA INVESTMENT SERVICES | BDF | Unknown, Attorney | AOR |
| ISSA, MARIE | PLF | Perlow, Jeffry | AOR |
| SMA FINANCIAL SERVICES INC | BDF | Unknown, Attorney | AOR |
| SMA LIFE INSURANCE CO | BDF | Unknown, Attorney | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

RQ 01-05-2005
AFFIDAVIT FILED
BY KIMBERLY DULUDE

CIVIL
CASE COVER SHEET

Case * (Filled in by Clerk's Office)
04-6367

# STATE OF RHODE ISLAND
# SUPERIOR COURT

This form must be filed with each original document that comences a civil proceeding in the Clerk's Office (R.P.3.11). If the case is a District Court appeal. The form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| MARIE ISSA | SMA LIFE ASSURANCE COMPANY, aka ALLMERICA INVESTMENT SERVICES, INC., aka ALLMERICA FINANCIAL SERVICES, INC., aka SMA FINANCIAL SERVICES, INC. |

**NATURE OF PROCEEDING—Check the applicable case type under main categories listed below. (check one only)**

District Court Appeal ☐ Yes (check type below)

| | | |
|---|---|---|
| ☐ AGA Agency appeal | ☐ DPC Denial of probate claim | ☐ PRN Promissory note |
| ☐ ALA Alienation of affection | ☐ EXT Excessive tax | ☐ PDM Property damage |
| ☐ ANT Anti-trust | ☐ INR Injunctive relief | ☐ PDV Property damage / vehicle |
| ☐ ASB Assault and battery | ☐ IPL Interpleader | ☐ RLP Real property |
| ☐ BKA Book account | ☐ LIB Libel/slander | ☐ RIC Reinstate charter |
| ☐ CLA Common law assignment | ☐ MLE Malpractice/legal | ☐ DIN Recovery of damages/insurance |
| ☐ CLL Common law lien | ☐ MME Malpractice/medical | ☐ ROF Recovery of funds |
| ☐ CON Contract | ☐ MOT Malpractice/other | ☐ WOR Replevin, writ of |
| ☐ CNV Conversion | ☐ WOM Mandamus. Writ of | ☐ SPP Specific performance |
| ☐ CRC Criminal conversation | ☐ PRT Partition | ☐ TCO Title clearing (other than tax title) |
| ☐ CIC Criminal inj. compensation | ☐ PER Personal injury | ☐ TAE Trespass and ejectment |
| ☐ DOJ Debt on judgment | ☐ IDV Personal inj./property dam-vehicle | ☐ TRA Trustee/accounting |
| ☐ DTP Deceptive trade practice | ☐ PIV Personal injury-vehicle | ☐ TCT Trustee/appt convey title |
| ☐ DEJ Declaratory judgment | ☐ PRL Product liabilty | ☐ UNM Uninsured motorist |
| ☒ Other than above (specify type): Breach of Contract | | ☐ WRD Wrongful death |

**MISCELLANEOUS PETITIONS**

| | | |
|---|---|---|
| ☐ ARA Arbitration award | ☐ TLF Foreclosure / tax lien | ☐ PFI Petition for immunity |
| ☐ CAR Arbitration /confirm | ☐ FOC Forfeiture of charter | ☐ PIN Pet for inventory (wire tap) |
| ☐ RTA Arbitration referral | ☐ GJI Grand jury investigation | ☐ PFR Petition for review |
| ☐ VAR Arbitration / vacate | ☐ HAC Habeas corpus | ☐ PTD Pet to take deposition |
| ☐ AOD Assessment of damages | ☐ MAW Material witness | ☐ PCR Post conviction relief |
| ☐ CND Condemnation | ☐ MEL Mechanics lien | ☐ REC Receivership |
| ☐ CFC Confirm compromise | ☐ OSW Out of state witness | ☐ R5A Rule 5A petition |
| ☐ DOC Dissolution of corp. | ☐ PFS Perform surgery | ☐ TCL Title clearing (tax title) |
| ☐ EDP End partnership | ☐ PFC Petition for constable | ☐ AOT Trustee / appointment of |
| ☐ FRR Forclosure of right redemption | ☐ PTE Petition to expunge | ☐ DOT Trustee / declination of |
| ☐ Other than above (specify type): | | ☐ AOS Trustee successor |

True Copy Attest:
Henry S. Kinch Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol

**PROBATE APPEALS**

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ Other than above (specify type):

SUPERIOR COURT
HENRY S. KINCH JR. CLERK
FILED
2004 NOV 26 P 1:49

Is this a case that may require a trial for resolution? ☒ Yes ☐ No If yes: ☒ Jury ☐ Non-jury

( Attorney name ) (Date)

J.S. PERLOW, Esquire #2688 November 4, 2004

125579

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

MARIE ISSA

Vs.

C.A. #: 04-6367

SMA LIFE ASSURANCE COMPANY, aka, ALLMERICA INVESTMENT SERVICES, INC, aka, ALLMERICA FINANCIAL SERVICES, INC, aka, SMA FINANCIAL SERVICES, INC.

**<u>COMPLAINT</u>**
**COUNT I**

1. The Plaintiff, MARIE ISSA, is a resident of the Town of Lincoln, County of Providence and State of Rhode Island.
2. The Defendant, SMA LIFE ASSURANCE COMPANY, aka, ALLMERICA INVESTMENT SERVICES, INC, aka, ALLMERICA FINANCIAL SERVICES, INC, aka, SMA FINANCIAL SERVICES, INC. is a duly organized corporation doing business in the Town and County of Worcester, Commonwealth of Massachusetts.
3. On or about March 3, 1989, plaintiff entered into a disability insurance contract with defendant SMA LIFE ASSURANCE COMPANY, aka, ALLMERICA INVESTMENT SERVICES, INC, aka, ALLMERICA FINANCIAL SERVICES, INC, aka, SMA FINANCIAL SERVICES, INC.
4. Said policy number S060831000 provides a $3,080.00 monthly indemnity following the satisfaction of a sixty day elimination period in the event that plaintiff were to become disabled.
5. Said maximum benefit period would be to the age of 65.

A True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2004 NOV 26 P 1:44

CON
YJ
2688

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

6. Following the date of said contract between plaintiff and defendant, plaintiff did become disabled.
7. Under the terms and conditions of the policy, plaintiff applied for disability benefits, which have been denied by defendant.
8. Defendant has breached the terms and conditions of said contract and said policy of insurance.

**WHEREFORE**, Plaintiff demands judgment against the Defendant in an amount sufficient to compensate her for her damages, plus interest and costs. The said amount is sufficient to establish the jurisdiction of this Honorable Court.

**COUNT II**

9. Plaintiffs reallege and re-aver paragraphs one through eight of Count I, as if fully stated herein.
10. On or about March 3, 1989, plaintiff entered into a policy of insurance with defendant, SMA LIFE ASSURANCE COMPANY, aka, ALLMERICA INVESTMENT SERVICES, INC, aka, ALLMERICA FINANCIAL SERVICES, INC, aka, SMA FINANCIAL SERVICES, INC.
11. Following the issuance of said contract plaintiff made a claim for a disability under the terms and conditions thereunder.
12. Plaintiff has repeatedly provided to SMA LIFE ASSURANCE COMPANY, aka, ALLMERICA INVESTMENT SERVICES, INC, aka, ALLMERICA FINANCIAL SERVICES, INC, aka, SMA FINANCIAL SERVICES, INC, and/or its representatives, documentation that she was totally disabled under the terms and conditions of the policy. Defendant has refused to make payments under the specific terms and conditions of the policy.
13. The actions of defendant and/or its representatives herein have been in bad faith.

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

**WHEREFORE**, Plaintiff demands judgment against the Defendant in an amount sufficient to compensate her for her damages, plus interest and costs. The said amount is sufficient to establish the jurisdiction of this Honorable Court.

Plaintiff, By her attorneys

**MORETTI & PERLOW LAW OFFICES**

Jeffry S. Perlow, Esquire #2688
1070 Reservoir Avenue
Cranston, RI 02910
Tel. 401-943-5500
Fax. 401-944-5454

Plaintiff hereby demands a Trial by jury.

Jeffry S. Perlow, Esquire

DATED: November 5, 2004

JP\kdd
c:\complaints\c-issa

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454