UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARIE ISSA, )
Plaintiff ) C.A. No. 05-0018S
)
v. )
)
SMA LIFE ASSURANCE CO., )
Defendant )

**DEFENDANT'S MOTION TO SEVER AND STAY DISCOVERY**

Defendant Allmerica Financial Life Insurance & Annuity Company (incorrectly named in the complaint as "SMA Life Assurance Co.") moves pursuant to Fed. R. Civ. P. 42(b) to sever plaintiff Marie Issa's count for bad faith refusal to pay an insurance claim from all other counts in this case and to stay discovery with respect to the bad faith claim until all other claims against Allmerica have been resolved.

Allmerica files herewith a supporting memorandum.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant Allmerica
Financial Life Insurance & Annuity Co.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: March 16, 2005

8

CERTIFICATE OF SERVICE

To:

Jeffrey S. Perlow, Esq.
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, Rhode Island 02910

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Defendant's Motion to Sever and Stay by mailing first class mail, postage prepaid, on the 16th day of March, 2005.

Melanie Gosetto

Motion to Stay & Sever Discovery is Granted.

WSMM
USDJ
3/29/05