# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **MARIE ISSA** <br> **Plaintiff** <br> **vs** | ) | **CA 05-CV-18S** |
| **SMA LIFE ASSURANCE COMPANY** <br> **Defendant** | ) | |

## ORDER
## REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION

This matter is referred to mediation before attorney William A. Poore. Counsel shall confer with the mediator for purposes of scheduling the mediation.

**IT IS HEREBY ORDERED THAT:**

1. The mediator shall be paid at the rate of $150.00 per hour, the first hour being without charge in accordance with the ADR Plan, thereafter, at the above rate to be be shared equally between the parties.

2. Mediation proceedings in this matter shall be deemed confidential. Rule 408 of the Federal Rules of Evidence shall apply to information, statements and evidence generated in the course of the mediation and shall make inadmissible evidence of conduct or statements made unless otherwise discoverable. Moreover, all memoranda and other work products, including but not limited to, files, reports, interviews, case summaries and notes, prepared by the appointed neutral assigned to the case, shall not be subject to disclosure in any subsequent civil proceeding involving any of the parties participating in the ADR option, nor shall the mediator be compelled to disclose in any subsequent civil proceeding any communication made to him or her in the course of, or relating to the subject matter of any case referred to ADR and in which a party or other persons took part in ADR proceedings before the assigned neutral. The mediator shall not communicate any confidential information, nor discuss ADR proceedings with any judicial officer, employees of the court, or other third party, other than to report the status of ADR proceedings.

3. Counsel of record, and a person having full authority to bind and settle this case, shall attend the mediation. Settlement Authority" as used herein means the individual with control of the full financial settlement resources involved in the case, including full financial authority and ability to agree to a binding settlement agreement.

4. Parties and their counsel shall participate in the mediation in good faith.

**SO ORDERED** this the 11 Day of April, 2005.

[signature]

**WILLIAM E. SMITH**
United States District Court Judge

13