UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE ISSA,<br>Plaintiff | ) | C.A. No. 05-0018/S |
| v. | ) | |
| SMA LIFE ASSURANCE CO.,<br>Defendant | ) | |

**DEFENDANT SMA LIFE ASSURANCE COMPANY'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Defendant Allmerica Financial Life Insurance & Annuity Company (incorrectly named in the complaint as "SMA Life Assurance Company") moves pursuant to F.R.C.P. 37(a) for an order compelling plaintiff to respond fully to defendant's first set of interrogatories and document requests (originally served on February 18, 2005) on or before April 29, 2005.

The movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action.

Pursuant to local rule 12(a) defendant has not filed a memorandum herewith.

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant Allmerica
Financial Life Insurance & Annuity Co.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: April 12, 2005

14

CERTIFICATE OF SERVICE

To:

Jeffry S. Perlow, Esq.
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, Rhode Island 02910

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Defendant SMA Life Assurance Company's Motion To Compel Answers To Interrogatories And Production of Documents by mailing first class mail, postage prepaid, on the 12th day of April, 2005.

Melanie Gosetti