UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE ISSA,<br>Plaintiff | ) | C.A. No. 05-0018/S |
| v. | ) | |
| SMA LIFE ASSURANCE CO.,<br>Defendant | ) | **NOTICE TO TAKE DEPOSITION OF PLAINTIFF** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30 defendant will take the deposition upon oral examination of Plaintiff, Marie Issa, on May 17, 2005 at 1:00 p.m. before a Notary Public or other qualified officer at the offices of VETTER & WHITE, 20 Washington Place, Providence, Rhode Island and the deposition shall continue until completed as the taking thereof may be from time to time adjourned.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant Allmerica
Financial Life Insurance & Annuity Co.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: April 12, 2005

15

CERTIFICATE OF SERVICE

TO:

Jeffry S. Perlow, Esq.
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, Rhode Island 02910

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Notice to Take Deposition of Plaintiff by mailing first class mail, postage prepaid, on April 13th, 2005.

Melaine Gaetti