# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE ISSA, Plaintiff | ) | |
| | ) | C.A. NO. 05-0018/S |
| v. | ) | |
| | ) | |
| SMA LIFE ASSURANCE CO., Defendant | ) | |

## NOTICE TO TAKE DEPOSITION

**DEPONENT:** **That employee of defendant most familiar with the terms and conditions of the Marie Issa disability contract attached hereto and marked as Exhibit "A".**

**DATE:** **May 17, 2005**

**TIME:** **10:00 a.m.**

**PLACE:** **VETTER & WHITE**
**20 Washington Place**
**Providence, RI 02903**

**PLEASE TAKE NOTICE** that pursuant to F.R.C.P. 30, plaintiff will take the deposition on oral examination of **that employee of defendant most familiar with the terms and conditions of the Marie Issa disability contract attached hereto and marked as Exhibit "A"**, on **May 17, 2005 at 10:00 a.m.** before a Notary Public of the State of Rhode Island, or some other duly qualified person, and thereafter from day to day as the taking of the deposition may be adjourned. Said deposition will be taken at **Vetter & White, 20 Washington Place, Providence, Rhode Island**, on the above-mentioned date and time, at which time you are notified to appear to take part in the examination as you may see fit and proper.

Plaintiff,
By her attorneys,

Jeffry S. Perlow, Esq. #2688
MORETTI & PERLOW LAW OFFICES
1070 Reservoir Avenue
Cranston, RI 02910
Tel. (401) 943-5500
Fax. (401) 944-5454

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

16

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to the below-named, regular mail, postage prepaid thereon on the below-mentioned date.

Brooks R. Magratten, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Capitol Court Reporting
225 Reservoir Avenue
Providence, RI 02907

Michele M. Brown

Date: April 20, 2005

Mydocuments/client letters/Issa, Maria – NTD – Per fam w-dis cont

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

# EXHIBIT "A"

Non-Cancellable and guaranteed continuable to age 65; option for reissue after age 65 with reduced benefits, subject to our right to change the premium rates.

**RENEWAL**

This policy may be kept in force by the timely payment of the premiums until the anniversary after your 65th birthday. During this time, we cannot cancel or amend the policy or increase the premiums. On the anniversary after your 65th birthday this policy may be reissued under the reissue option if you are eligible.

**TEN DAY RIGHT TO EXAMINE POLICY**

This is an important document. Please read it carefully. If you have any questions, please contact us. If you are not satisfied with the policy for any reason, return it to us or our agent within 10 days after you receive it. We will refund the money you have paid and the policy will be void from the beginning.

# SMA Life Assurance Company

Home Office: DOVER, DELAWARE
Main Office: 440 LINCOLN STREET, WORCESTER, MA 01605

SMA Life will pay benefits under the conditions described in this policy. The consideration for this insurance is your application, a copy of which is made a part of this policy, and the payment of the premiums. Coverage under this policy will begin on the date of issue shown on page 3 at 12:01 A.M. standard time where you live.

John M. Quinlan
PRESIDENT

Sheila B. St Hilaire
SECRETARY

**Non-Participating**

**Form 803-87** Sickness And Accident Disability Income Policy

Countersigned: Constance D Sadrao Licensed Resident Agent

# SCHEDULE OF BENEFITS AND PREMIUMS

| FORM NO. | DESCRIPTION | ANNUAL PREMIUM AMOUNT | YEARS PAYABLE |
|---|---|---|---|
| 803-87 | DISABILITY INCOME POLICY | $579.60 | 34 YEARS |

MONTHLY BENEFIT/
TOTAL DISABILITY - $2,800
MAXIMUM BENEFIT PERIOD - TO AGE 65 OR TWO YEARS IF LONGER
ELIMINATION PERIOD - 60 DAYS

TOTAL INITIAL ANNUAL PREMIUM - NON-CIGARETTE SMOKER BASIS $579.60

| | |
|---|---|
| POLICY NUMBER | S 608,310 |
| INSURED | MARIE E ISSA |
| AGE AT ISSUE | 31 |
| DATE OF ISSUE | JUNE 14, 1989 |
| MONTHLY BENEFIT/ TOTAL DISABILITY | $2,800 |
| ADDITIONAL INSURANCE OPTION AMOUNT | $2,000 |

**AMENDMENT TO APPLICATION**

_____ STATE MUTUAL LIFE ASSURANCE COMPANY OF AMERICA

__X__ SMA LIFE ASSURANCE COMPANY

I hereby amend the application on the life of ____MARIE E ISSA_________________ , policy number S0608310____, made to the Company indicated above on MARCH 14, 1989________ , (application date). These amendments and declarations are to be taken and considered as a part of the application. The application is amended in the following manner:

Amend my answer to Question 30 on Part I to read:
INCOME IS 50,000

Amend my answer to Question 6B on Part II to read:
YES, 1987 STREP THROAT AT PRE-A-WARE PREVENTION CENTER AS PART OF ROUTINE PHYSICAL. ALL RESULTS WERE NEGATIVE

Dated at Pawtucket RI this 3rd day of July, 1989.

_______________________________
Signature of Owner (if other than insured)

x Marie E Issa
Signature of Insured (sign both copies of this form)

FORM 9999

APPLICATION FOR INDIVIDUAL ADULT LIFE AND/OR HEALTH INSURANCE - PART 1

☐ STATE MUTUAL LIFE ASSURANCE COMPANY OF AMERICA For ☐ Life ☐ Health

Worcester, Massachusetts 01605

☒ SMA LIFE ASSURANCE COMPANY For ☐ Life ☒ Health

All Answers Must Be Handwritten — Check applicable box(es)

## COMPLETE FOR ALL APPLICATIONS

**1. a. PROPOSED INSURED:** First – Middle Initial – Last Name: Marie E Issa

b. Sex: ☐ M ☒ F

**2.** Age: 31

**3.** Birthdate: Mo. 03 Day 26 Yr. 58

**4.** Birthplace (State): R.I

**5.** Owner's Soc. Sec. or Identifying No. (Insured if no other owner): 039 36 6787

**6.** Address (No.) (Street) (City) (State) (Zip No.) (Yrs.)

a) Residence: 2 Randall Rd N. Prov R.I. 02904 — 4½ yrs

b) Business: 235 Lonsdale Ave Pawt R.I. — 9½ yrs

**7.** Have you been actively at work and performing all of the regular duties of your occupation for the past 6 months? Yes ☒ No ☐

**8.** a) Present Occupation: President — Time Employed: 9½ yrs

b) Employer: Lifetime Medical Nursing Secu. Inc

c) Duties: Administrative

d) Any Change Contemplated. If "Yes", explain: Yes ☐ No ☒

**9.** Have you smoked one or more cigarettes in the last 12 months? Yes ☐ No ☒

**10.** Do you contemplate that insurance applied for will replace or change insurance or annuities in any company? (If "Yes", explain and attach required replacement forms). Yes ☐ No ☒

**11.** Have you any other application or negotiations for Life or Health insurance pending or contemplated? Yes ☐ No ☒

**12.** Have you within the last 3 years had your motor vehicle license suspended or revoked? Yes ☐ No ☒

**13.** Do you intend to travel or reside outside the United States or Canada? Yes ☒ No ☐ Destination: Jamaica [illegible]

**14.** Have you within the last 2 years participated in or do you intend to participate in scuba diving, parachuting, any form of motor racing, hang gliding or recreational flight activity? Yes ☐ No ☒

**15.** Have you flown as a trainee, pilot or crewmember within two years or contemplate such flights in the future? If "Yes" complete Aviation Supplement. Yes ☐ No ☒

**16.** Has the initial premium been paid and the Company's Conditional Receipt given? Yes ☒ No ☐

Life $ ______, Health $ 47.09

Explain Affirmative Answers to 10-14

Home Office Amendments and Corrections/Administrative Purpose

**17. PREMIUMS PAYABLE:**

☐ Annual ☒ Semi-Annual ☐ Other ______ Specify

☐ Quarterly ☐ M.A.P.

Existing M.A.P. or List Bill No. List Bill

**18. PREMIUM NOTICES TO:**

☐ Owner ☒ Insured ☐ Other ______ at ☒ Business ☐ Residence

Address (if different than #6)

## COMPLETE FOR LIFE INSURANCE

**19. LIFE INSURANCE APPLIED FOR:**

Amount | Plan

**20.** Exceptional Life Plans ☐ Option 1 ☐ Option 2 — Periodic Premium $

**21.** Flex Term $ ______ ☐ Decreasing Term

☐ Level Term — Interest Rate ___ %

☐ Level Premium Red. Term — No. of Years ___

**22. OPTIONAL BENEFITS:**

☐ Waiver ☐ ADB $

☐ APL ☐ GIR $

☐ AIR ___ % ☐

**23. DIVIDEND OPTION:** (State Mutual only)

☐ Paid in cash ☐ Paid-Up additions

☐ Reduced premium ☐ Accumulate at interest

☐ Other

**24. PRIMARY BENEFICIARY:** — Relationship

☐ ___ day Common Disaster Clause

**CONTINGENT BENEFICIARY**

**25. OWNER** (if other than insured)

**26. SPECIAL REQUESTS**

## COMPLETE FOR HEALTH INSURANCE

**27. INSURANCE ON PROPOSED INSURED:**

☒ **INCOME REPLACEMENT** Mo. Benefit 2800
Elim. Period 60 day Benefit Per age 65
RIDERS:
☐ Regular Occupation ☐ Residual Disability
☐ Lifetime Accident ☐ Partial Disability
☐ Life Sick/Acc ☐ Hosp. Conf. $ ______
☐ Other

☐ **DISABILITY BUY-OUT** $______ Elim. Per ______
☐ Additional Ins. Option $ ______

☐ AIB: Mo. Ben. $ ______ Elim. Per ______
Ben Period ______
☐ SIS: Mo. Ben. $ ______ Elim. Per ______
Ben. Period ______
☐ COLA
☐ AIO PLUS $ ______

☐ **OVERHEAD EXP.** $ ______ Elim. Per. ______
Ben. Period ______
Capital Account Rider $ ______
Additional Insurance Rider $ ______

**28.** Record all disability income and overhead expense coverage in force (include fringe, individual, group, salary continuation, association, union benefits or state disability benefits). If none, write "NONE".

| Company or Source | Year Issued | Disability Income | Overhead Expense | Monthly Indemnity | Elim. Period | Benefit Period | Offset By Social Security |
|---|---|---|---|---|---|---|---|
| None | | | | $ | | | $ |
| | | | | $ | | | $ |
| | | | | $ | | | $ |

**29. OVERHEAD EXPENSE DATA:**

a) Your share of the average monthly overhead expenses for the last six months.

Rent $ ______ Laundry $ ______
Electricity $ ______ Janitorial Svs. $ ______
Telephone $ ______ Depreciation $ ______
Heat & Water $ ______ (office furniture & equipment only)
Taxes $ ______ ______
Salaries $ ______ ______
Mtge. Prin./Int $ ______ TOTAL $ ______

b) Are you sole owner of the business?
☐ Yes ☐ No

c) If not, your share ______ %
How many other owners ______

**30.** Annual Earned Income* – Last 12 Months $ ______
Prior Year $ ______
Two Years Ago $ ______
Unearned Income (indicate source) – $ ______
Net Worth – Personal $ ______
Business $ ______

*Earned income is the total of your annual salaries, wages, bonuses, commissions and fees less ordinary business expenses.

**31.** SPECIAL REQUESTS FOR HEALTH INSURANCE:

## COMPLETE FOR ALL APPLICATIONS

It is agreed that: (1) The application consists of Parts I, II and IA, if it applies. (2) The representations are true and complete to the best of my knowledge and belief. (3) No liability exists until the policy is delivered and the premium is paid during the lifetime of the proposed insured(s) and then only if the proposed insured(s) has (have) not consulted or been treated by any physician or practitioner of any healing art nor had any tests listed in the application since its completion; but, if the premium is paid prior to delivery of the policy and a conditional receipt is delivered by the agent, insurance shall be effective subject to terms of the conditional receipt. (4) No agent or broker is authorized to amend, alter, or modify the terms of this agreement.

| Signed at (City and State) | Date | Full signature of proposed insured |
|---|---|---|
| PAWTUCKET, RI | 3/14/89 | Marie E. Iata (First Name / Middle Initial / Last Name) |

This application is made at the request of the undersigned who hereby ratifies each statement, representation and agreement herein and agrees that any contract of insurance issued in connection with this application shall be issued on the condition that each statement, representation and agreement shall be binding upon the above named owner(s) to the same extent and degree as if made by the owner(s).

| Signed at (City & State) | Date | Full signature(s) of owner(s) |
|---|---|---|
| Pawtucket RI | 3-14-89 | |

| Agent's Signature | If Business, name of establishment and title/capacity |
|---|---|
| Constance R. Vadnais | |

Form 1A-87, Page 2
**No.** 102932

Prov

**APPLICATION FOR INDIVIDUAL ADULT LIFE AND/OR HEALTH INSURANCE—PART II**

**All Answers Must Be Handwritten**

**Worcester, Massachusetts 01605**
☐ STATE MUTUAL LIFE ASSURANCE COMPANY OF AMERICA
For ☐ Life ☐ Health

Agent or Agency
☒ SMA LIFE ASSURANCE COMPANY
For ☐ Life ☒ Health

Check applicable box(es)

**1.** Proposed Insured (Last) Issa (First) Marie (M.I.) E

**2.** Birth Date (Month) 03 (Day) 26 (Year) 58

**3. a.** Name of personal physician Paul McBeine

**b.** Address Chauncy St Mansfield MA (No.) (Street) (City) (State) (Zip)

**c.** Date and reason last consulted? 1987 Check up - Good Health

**4.** When did you last consult any physician? 12/1988 (Date) (a "None" answer is not acceptable)

**a.** Name Dr Thayer, John

**b.** Address 333 School St Pawt R.I (No.) (Street) (City) (State) (Zip)

**c.** Reason – Result Broken Toe

| **5.** During the past ten years have you had, been told you had, or been treated for: | Yes | No |
|---|---|---|
| **a.** Chest pain, angina, heart attack, heart murmur, high blood pressure, rheumatic fever, or any other disorder of the heart or blood vessels? | ☐ | ☒ |
| **b.** Shortness of breath, persistent cough, hoarseness, blood spitting, asthma, bronchitis, emphysema, pleurisy, tuberculosis, allergies, or chronic respiratory disorder? | ☐ | ☒ |
| **c.** Headache, dizziness, fainting, convulsions, speech or memory defect, paralysis, stroke, or any nerve disorder? | ☒ | ☐ |
| **d.** Anxiety, depression, nervous breakdown, suicide attempt, or any mental disorder? | ☐ | ☒ |
| **e.** Difficulty swallowing, recurring indigestion, vomiting of blood, ulcers, bloody stools, persistent diarrhea, colitis, hepatitis, cirrhosis, jaundice, or other disorder of the stomach, intestine, liver, gall bladder or pancreas? | ☐ | ☒ |
| **f.** Sugar, albumin, blood or pus in urine; nephritis, venereal disease; stone or other disorder of kidney, bladder, prostate, or reproductive organs? | ☐ | ☒ |
| **g.** Diabetes, thyroid, breast, or other glandular disorders? | ☐ | ☒ |
| **h.** Disorder of eyes, ears, nose or throat? | ☐ | ☒ |
| **i.** Anemia or other disorder of the blood? | ☐ | ☒ |
| **j.** Hernia, varicose veins, hemorrhoids, rectal disorder? | ☐ | ☒ |
| **k.** Deformity, lameness, or amputation, arthritis, rheumatism, gout, or disorder of the muscles or bones, including back, spine, or joints? | ☒ | ☐ |
| **l.** Immune system disorder including acquired immune deficiency syndrome (AIDS) or AIDS related complex (ARC)? | ☐ | ☒ |
| **m.** Cancer, tumor, cyst, or disorder of skin or lymph glands? | ☒ | ☐ |
| **6.** During the past 5 years have you: | | |
| **a.** Other than above had a check-up, illness, injury or surgery? | ☐ | ☒ |
| **b.** Had electrocardiogram, x-ray or blood studies? | ☒ | ☐ |
| **c.** Been advised to have a test or surgery which was not done? | ☐ | ☒ |
| **d.** Been treated or received counselling for alcohol or drug use? | ☐ | ☒ |
| **7.** Are you now under treatment, observation, or taking any medication? | ☐ | ☒ |
| **8.** During the past 5 years have you used marijuana, cocaine, barbiturates, narcotics, excitants, or hallucinogens, except as prescribed medication? | ☐ | ☒ |
| **9.** Do you engage in a scheduled exercise program? (If "Yes", give details-type, duration, frequency) | ☒ | ☐ |
| **10.** Are you now pregnant? If "Yes", expected delivery date. | ☐ | ☒ |
| **11.** Height in shoes 5'3" Weight in clothing 102. Have you had any change in weight in the past year? Gain ☐ Loss ☐ Amount Reason | ☐ | ☒ |
| **12.** Has any member of your family ever had high blood pressure, heart disease, diabetes, cancer or mental illness? If "Yes", give details. | ☒ | ☐ |

| **13.** Family Record | Age if Living | Present State of Health or Cause of Death | Age at Death |
|---|---|---|---|
| Father | 68 | Heart Attack 10 yrs ago | |
| Mother | 68 | Excellent | |
| Brothers 1 and Sisters 1 | 44<br>41 | "<br>" | |

Underline appropriate items and give complete details of any "Yes" answers.

| No. | Diagnosis & Treatment | Date | Names of Physicians, Hospital, Addresses |
|---|---|---|---|
| 5c | Headache - Inderol 80 mg no headaches last 9 mo | 1985-1988 | Dr McBeine |
| k | Scoliosis - Surgery placed medal rod in spine area - Herrington Rod fussion no problems since - full recovery | 1973 | Dr John Thayer |

Continue on separate sheet if needed

I understand and agree that the foregoing statements and answers are complete, true and correctly recorded to the best of my knowledge and belief, and that they shall be a part of the contract if issued.

Date 3/14/89 Witness Emiliana Tiudrais
Examiner or Agent

Marie E. Issa
Signature of Proposed Insured

Form 1AM-87

Insured: ______________ App. #: ______________ Agent: ______________

| No. | Diagnosis & Treatment | Date | Names of Physicians, Hospital, Addresses |
|---|---|---|---|
| 5m | Ovarian Cyst | | no treatment - being watched |
| 6b | EEG: for headaches everything normal see 5c | | |
| 9 | Treadmill 4 MPH 1 hr daily Lift weights | | |

I understand and agree that the foregoing statements and answers are complete, true and correctly recorded to the best of my knowledge and belief, and that they shall be a part of the contract if issued.

Date 3/14/89 Witness Constance D Vadnais Marie E Issa

Examiner or Agent Signature of Proposed Insured

# Definitions

The following are definitions of key words.

**You** and **Your** refer to the insured named on page 3.

**We, Us** and **Our** refer to the SMA Life Assurance Company.

**Main Office** means our office at 440 Lincoln Street, Worcester, MA 01605.

**Regular Occupation** means your occupation when disability begins.

**Total Disability** or **Totally Disabled** means that injury or sickness makes you unable to engage in your regular occupation and you are not engaged in any other occupation.

**Disability** or **Disabled** means total disability or presumptive disability.

**Elimination Period** means the number of days at the beginning of each period of disability when you do not receive benefits. It is shown on page 3.

**Anniversary** means the anniversary date of the issue of this policy.

**Age 65** means the policy anniversary after your 65th birthday.

**Age 75** means the policy anniversary after your 75th birthday.

# Benefit Provisions

## Part I General Conditions

The following conditions apply to all benefits:

**Care of a Physician**—Benefits will be payable only for the period that you are under the care of a physician which is appropriate for the treatment of the condition which is causing your disability.

**Maximum Benefit Period**—Benefits will not be payable for longer than the maximum benefit period during any one period of disability. This includes all periods of total and presumptive disability. The maximum benefit period is shown on page 3.

**Proportionate Daily Benefit**—Any benefit for a period of less than a full month will be determined on a pro rata basis and will be payable at the daily rate of 1/30th of the monthly benefit.

## Part II Total Disability

If you suffer total disability, we will pay the monthly benefit for total disability at the rate shown on page 3. Benefits will start after the elimination period.

Benefits will be paid so long as total disability continues but not longer than the maximum benefit period.

## Part III Presumptive Disability

If, as the result of injury or sickness, you suffer one or more of the losses shown below, you will be presumed disabled. We will pay you the monthly benefit at the rate shown on page 3 for total disability. Benefits will be payable from the date of the loss. Benefits will be payable so long as the loss continues but not longer than the maximum benefit period shown on page 3.

The losses which will create presumptive disability are the entire and irrecoverable loss of:

- speech; or
- hearing in both ears; or
- the sight of both eyes; or
- the use of both hands; or
- the use of both feet; or
- the use of one hand and one foot.

No other benefits will be paid while presumptive disability benefits are paid.

After the maximum benefit period, the policy will become paid-up to age 65. Any sickness contracted or injury suffered during the paid-up period, which itself would be sufficient to cause total disability, will be compensable as if there were no presumptive disability.

## Part IV Recurrent Disabilities

If after disability ends you become disabled again, the later period of disability will be deemed a continuation of the prior period of disability unless:

you have returned to work full-time at a gainful occupation and performed all the important duties; and

- the later period of disability starts more than 12 months after the end of the prior period of disability; or
- the disability is due to a different or unrelated cause;

in which case, the later period of disability will give rise to a new period of disability.

## Part V Waiver of Premiums

If you remain disabled for 90 days, we will waive the payment of any premium due while you are disabled. We will also refund that part of any premium paid for policy months after disability began. After benefits have been paid for the maximum benefit period, we will not waive payment of premiums unless, within 31 days of the premium due date, you give us proof that disability continues. When the maximum benefit period ends, waiver of premium will continue but no further disability benefits will be payable while the disability continues.

When a period of disability during which we waived premiums ends, we will keep your policy in force until the next premium due date. You may then keep the policy in force by resuming premium payments.

## Part VI Rehabilitation Benefit

When you are receiving benefits, you may request or we may suggest that you join in a plan to help rehabilitate you which is acceptable to you and us. Our role in the plan will be set forth in a written agreement between you and us. We will continue to pay benefits during any approved rehabilitation plan.

## Part VII Transplant Benefit

If, after your policy has been in force for 6 months, you give a part of your body to another person, your condition will be deemed a sickness. Disability benefits will be paid in the same way as for any other sickness.

## Part VIII Military Service

If you go on active duty as a member of the armed forces for at least 9 months, you may suspend the policy. When we receive proof of active duty, we will refund any premium paid for the period after proof is received. If you request reinstatement of the policy and pay the premium within 90 days after your active duty ends, we will reinstate the policy without proof of good health. The reinstated policy will cover only sickness which begins and injury which occurs after the date of reinstatement.

# Additional Insurance Option

You may buy more disability insurance on each option date. Option dates will be each anniversary up to and including the 20th anniversary or the anniversary nearest your 61st birthday, whichever comes first. The total amount you may buy cannot exceed the additional insurance option amount shown on page 3. Once the total purchases equal the amount shown on page 3, there will be no option dates.

Each purchase will be subject to the following conditions:

- You must apply in writing and pay the first premium to us for the new insurance between 60 days before and 31 days after the option date.
- The cost of the new insurance will be based on our table of rates in use on the option date and your age on that date. The risk class will be the same as for this policy.
- You must not be disabled on the option date or the date you apply for the increase.
- You may not apply for an amount which will cause you to have more insurance than we would offer based on your income and other coverage. We will apply the limits in force on the date of issue of this policy or on the option date, whichever is greater.
- The least amount you may apply for on each option date is $100. If 10% of your current monthly benefit for total disability is more than $100, you may apply for up to 10% or $500, whichever is less.
- The new insurance will increase the monthly benefit for total disability starting on the option date.

If you fail to buy new insurance within 60 days before and 31 days after an option date, the option will expire. Failure to buy will not affect your right to future options.

## Premiums And Grace Period

Premiums are payable annually in advance. With our consent premiums may be paid in advance for 6 months, 3 months or by some other method allowed by us. In no case will the payment of any premium keep this policy in force beyond the next premium due date, except as provided by the grace period.

This policy may be kept in force by the timely payment of the premium until the anniversary after your 65th birthday. During this time, we cannot cancel or amend the policy or increase the premiums.

On the anniversary after your 65th birthday, this policy may be reissued under the terms of the Reissue Option provision, if you are eligible.

If we accept a premium, the policy will stay in force until the end of the period for which the premium has been accepted.

A grace period of 31 days will be allowed for the payment of each premium falling due after the first premium. The policy will stay in force during the grace period.

## Reissue Option - Age 65

This policy will expire at 12:01 A.M. on the anniversary after your 65th birthday. You may have the policy reissued if:

- you are not disabled; and
- you are actively and gainfully employed full-time in an occupation.

You shall be considered actively and gainfully employed full-time if you are working in an occupation and your regularly scheduled work week is at least 30 hours. You must apply for reissue within 31 days after this policy expires.

The reissued policy may be kept in force so long as you continue to be actively and gainfully employed full-time in an occupation. We may require proof from time to time that you continue to be so employed. If you cease to be so employed, we may refuse to renew the policy on an anniversary. We must mail notice of our refusal to renew to your address as shown by our records. The notice must be mailed not less than 30 days prior to such anniversary. The monthly benefit for total disability starting after reissue will be the same amount as in this policy. The conditions in this policy will apply to the reissued policy.

After age 65, the maximum benefit period for the reissued policy will be:

- two years for total disability which starts after age 65 and before age 75; and
- one year for total disability which starts after age 75.

After age 65, the reissued policy will cover only total or presumptive disability. No coverage is provided and no benefits will be paid under any rider attached to this policy for any disability which starts after age 65.

The premium for the reissued policy will be that in use at your age on each anniversary. We may change from time to time the rates which apply to persons age 65 and over. Changes in the premium rate will be made only on a class basis and in an equitable manner. We will change the premium only on an anniversary. We must mail notice of a premium change to your address as shown by our records not less than 30 days before the anniversary.

## Claim Provisions

**Notice of Claim**—Written notice of claim must be given to us within 20 days after the loss begins, or as soon as reasonably possible. Notice must be given to us at our main office or to one of our agents. Notice must include your name and policy number.

**Claim Forms**—When we receive notice of claim, we will send forms for filing proofs of loss. If we do not give you forms within 15 days after we receive notice, proof of loss requirements will be met by sending us, within the time for filing proofs of loss, written proof of what caused the loss, when and how it happened and its extent.

**Proofs of Loss**—Written proof of loss must be given to us within 90 days after the end of the period for which we are liable. Failure to give us proof within this time will not affect any claim if it was not reasonably possible to do so, provided proof is furnished as soon as reasonably possible. In no event may proof be furnished more than one year after it is otherwise required, unless you lack legal capacity.

**Time of Payment of Claim**—Subject to proof of loss, we will pay benefits monthly. We will pay any balance remaining unpaid at the end of our liability when we receive proof of loss.

**Payment of Claim**—We will pay all benefits to you. If you die, we will pay any benefits due to your estate.

**Physical Examination**—We will have the right to examine you at our expense as often reasonable while a claim is pending.

## General Provisions

**Entire Contract; Changes**—The entire contract is set forth in the pages of this policy and papers attached to it. Changes in the policy must be approved in writing by one of our officers. No agent can change this policy or waive any of its provisions.

**Incontestable**—(a) After this policy has been in force for two years during your lifetime (excluding any period during which you are disabled), we will not be able to contest the statements you made in the application.

(b) We will not be able to reduce or deny any claim for disability which starts after two years from the date of issue because the disease or physical condition existed before the date of issue. There is one exception. We will be able to reduce or deny the claim if the disease or physical condition is specifically excluded from coverage when the loss occurs.

**Reinstatement**—If any premium is not paid before the grace period ends, the policy will lapse. If this happens, you may apply to reinstate the policy by paying the premium to us or to our agent. If the premium is accepted without condition, the policy will be reinstated immediately; but if we require an application for reinstatement and issue a conditional receipt, we will have 45 days to accept or reject your offer to reinstate. If we accept within that time, the policy will be reinstated on the date we accept. If we do not tell you within that time that your offer has been rejected, the policy will be reinstated on the 45 day after the conditional receipt was issued.

The reinstated policy will cover only disabilities that result from injury suffered after the date of reinstatement or sickness which begins more than 10 days after that date.

The reinstated policy will be subject to any provisions added to it as a part of the reinstatement. In all other respects, you and we will have the same rights as when the policy lapsed.

**Legal Actions**—No legal action may be brought to recover on this policy within 60 days after written proof of loss has been given. No legal action may be brought after three years from the time written proof of loss is required to be furnished.

 (continued on page 10)

**General Provisions (Continued from page 9)**

**Misstatement of Age**—If your age has been misstated, all amounts will be such as the premium paid would have purchased at the correct age.

**Unpaid Premiums**—When a claim is paid, any premium due and unpaid may be deducted from the claim payment.

**Premium Refund at Death**—If you die while the policy is in force, we will refund any part of the last premium paid for policy months following the date of death.

**Conformity with State Laws**—Any provision of this policy which, on its date of issue, is in conflict with the laws of the state where you reside on that date is hereby amended to conform to those laws.

**Assignment**—An assignment of this policy or any claims under it will not affect us unless the assignment is in writing and filed at our main office before we pay the claim. We will not be responsible for the validity of any assignment.

## Table of Contents


| | Page |
|---|---|
| Face Page | 1 |
| Policy Specifications | 3 |
| Definitions | 5 |
| Benefit Provisions | 5 |
| Part I General Conditions | 5 |
| Part II Total Disability | 5 |
| Part III Presumptive Disability | 6 |
| Part IV Recurrent Disabilities | 6 |
| Part V Waiver of Premium | 6 |
| Part VI Rehabilitation Benefit | 7 |
| Part VII Transplant Benefit | 7 |
| Part VIII Military Service | 7 |
| Additional Insurance Option | 7 |
| Premiums and Grace Period | 8 |
| Reissue Option | 8 |
| Claim Provisions | 9 |
| General Provisions | 9 |


## Alphabetical Index


| | Page |
|---|---|
| Anniversary | 5 |
| Assignment | 10 |
| Care of Physician | 5 |
| Claim Forms | 9 |
| Conformity with State Laws | 10 |
| Consideration | 1 |
| Date of issue | 3 |
| Elimination Period | 5 |
| Entire Contract, Changes | 9 |
| Grace Period | 8 |
| Incontestable | 9 |
| Legal Actions | 9 |
| Maximum Benefit Period | 5 |
| Misstatement of Age | 10 |
| Monthly Benefit for Total Disability | 3 |
| Notice of Claim | 9 |
| Payment of Claim | 9 |
| Physical Examination | 9 |
| Premium Refund at Death | 10 |
| Proofs of Loss | 9 |
| Regular Occupation | 5 |
| Reinstatement | 9 |
| Reissue Option | 8 |
| Renewal | 1 |
| Right to Examine Policy | 1 |
| Total Disability | 5 |
| Unpaid Premium | 10 |