UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARIE ISSA, Plaintiff

v.

SMA LIFE ASSURANCE CO., Defendant

C.A. No. 05-0018/S

FILED APR 13 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**DEFENDANT SMA LIFE ASSURANCE COMPANY'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Defendant Allmerica Financial Life Insurance & Annuity Company (incorrectly named in the complaint as "SMA Life Assurance Company") moves pursuant to F.R.C.P. 37(a) for an order compelling plaintiff to respond fully to defendant's first set of interrogatories and document requests (originally served on February 18, 2005) on or before April 29, 2005.

The movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action.

Pursuant to local rule 12(a) defendant has not filed a memorandum herewith.

**No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.**

**Deputy Clerk**
**Date:** 4/28/05

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant Allmerica Financial Life Insurance & Annuity Co.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: April 12, 2005

18