UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE ISSA, Plaintiff | ) | C.A. No. 05-0018/S |
| | ) | |
| v. | ) | |
| | ) | |
| SMA LIFE ASSURANCE CO., Defendant | ) | |

**DEFENDANT'S MOTION TO VIDEOTAPE**
**<u>DEPOSITION OF PLAINTIFF</u>**

Defendant Allmerica Financial Life Insurance & Annuity Company (incorrectly named in the complaint as "SMA Life Assurance Company") moves pursuant to local rule 14(c) to videotape the deposition of plaintiff, now scheduled for May 17, 2005.

Defendant files herewith a supporting memorandum of law.

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant Allmerica
Financial Life Insurance & Annuity Co.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: May 3, 2005

19

CERTIFICATE OF SERVICE

To:

Jeffry S. Perlow, Esq.
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, Rhode Island 02910

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Defendant's Motion To Videotape Deposition Of Plaintiff by mailing first class mail, postage prepaid, on the 3rd day of May, 2005.

Melanie Gasetti

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE ISSA, Plaintiff | ) | C.A. No. 05-0018/S |
| v. | ) | |
| SMA LIFE ASSURANCE CO., Defendant | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO VIDEOTAPE <u>DEPOSITION OF PLAINTIFF</u>**

Defendant Allmerica Financial Life Insurance & Annuity Company (incorrectly named in the complaint as "SMA Life Assurance Company") moves pursuant to local rule 14(c) to videotape the deposition of plaintiff, now scheduled for May 17, 2005.

In this action plaintiff seeks benefits under a disability income policy for allegedly disabling headaches. Defendant noticed plaintiff's deposition for May 17th and proposes to videotape that deposition in order to memorialize plaintiff's expressions and demeanor in addition to her testimony.

Local Rule 14(c) requires permission of the Court prior to videotaping a deposition, which the defendant now seeks.

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant Allmerica
Financial Life Insurance & Annuity Co.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: May 3, 2005

CERTIFICATE OF SERVICE

To:

Jeffry S. Perlow, Esq.
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, Rhode Island 02910

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Memorandum In Support Of Defendant's Motion To Videotape Deposition Of Plaintiff by mailing first class mail, postage prepaid, on the 3rd day of May, 2005.

/Melaine Gosetti