# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE ISSA,<br>Plaintiff<br><br>v.<br><br>SMA LIFE ASSURANCE CO.,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-0018/S |

## AMENDED NOTICE TO TAKE TELEPHONIC DEPOSITION

| | |
|---|---|
| **DEPONENT:** | **Leslie Christensen**<br>**(address to be provided)** |
| **DATE:** | **May 17, 2005** |
| **TIME:** | **10:00 a.m.** |
| **PLACE:** | **MORETTI & PERLOW LAW OFFICES**<br>**1070 Reservoir Avenue**<br>**Cranston, RI 02910** |

**PLEASE TAKE NOTICE** that pursuant to F.R.C.P. 30, plaintiff will take the deposition on oral examination of **Leslie Christensen,** on **May 17, 2005 at 10:00 a.m.** before a Notary Public of the State of Florida, or some other duly qualified person, and thereafter from day to day as the taking of the deposition may be adjourned. Said deposition will be taken at **A LOCATION TO BE PROVIDED BY ATTORNEY FOR DEFENDANT,** via telephone, on the above-mentioned date and time, at which time you are notified to appear to take part in the examination as you may see fit and proper.

Plaintiff,
By her attorneys,

Jeffry S. Perlow, Esq. #2688
MORETTI & PERLOW LAW OFFICES
1070 Reservoir Avenue
Cranston, RI 02910
Tel. (401) 943-5500
Fax. (401) 944-5454

20

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to the below-named, regular mail, postage prepaid thereon on the below-mentioned date.

Brooks R. Magratten, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Michelle M. Brown

Date: May 3, 2005

**THIS NOTICE SUPERCEDES THE NOTICE OF DEPOSITION DATED APRIL 20, 2005 ADDRESSED TO "that employee of defendant most familiar with the terms and conditions of the Marie Issa disability contract attached hereto and marked as Exhibit "A".**

Mydocuments/client letters/Issa, Maria – NTD – Per fam w-dis cont

LAW OFFICES
MORETTI & PERLOW
THE MORETTI BUILDING
1070 RESERVOIR AVE.
CRANSTON, RI 02910
(401) 943-5500
FAX (401) 944-5454