UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE ISSA, Plaintiff | ) | P.C. No. ~~04~~ 05-0018/S |
| v. | ) | |
| SMA LIFE INSURANCE CO., et al., Defendants | ) | **STIPULATION** |

RECEIVED MAY 05 2005 U.S. DISTRICT COURT

Plaintiff and defendant agree that defendant may have up to and including May 11, 2005 to respond to plaintiff's first set of document requests, and to May 31, 2005 to respond to plaintiff's second set of document requests.

Jeffry S. Perlow, Esq. #2688
Moretti & Perlow Law Offices
Attorney for Plaintiff
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500
(401) 944-5454 [FAX]

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: ~~April~~ MAY 5, 2005

21