UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIE ISSA, Plaintiff | ) | C.A. No. 05-0018/S |
| v. | ) | **AMENDED NOTICE TAKE DEPOSITION <u>OF PLAINTIFF</u>** |
| SMA LIFE ASSURANCE CO., Defendant | ) | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30 defendant will take the deposition upon oral examination of Plaintiff, Marie Issa, on June 3, 2005 at 1:00 p.m. before a Notary Public or other qualified officer at the offices of VETTER & WHITE, 20 Washington Place, Providence, Rhode Island and the deposition shall continue until completed as the taking thereof may be from time to time adjourned. Please note that plaintiff's deposition will be videotaped.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant Allmerica
Financial Life Insurance & Annuity Co.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: May 6, 2005

cc: Allied Court Reporters
Mr. William White

22

CERTIFICATE OF SERVICE

TO:

Jeffry S. Perlow, Esq.
Moretti & Perlow Law Offices
1070 Reservoir Avenue
Cranston, Rhode Island 02910

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Amended Notice to Take Deposition of Plaintiff by mailing first class mail, postage prepaid, on May 6th, 2005.

Melanie Goretti