UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARIE ISSA, Plaintiff

v.

SMA LIFE INSURANCE CO., Defendant

C.A. No. 05-0018/S

**STIPULATION**

Plaintiff and defendant agree that the complaint may be dismissed with prejudice.

No costs or fees awarded.

Jeffry S. Perlow, Esq. #2688
Moretti & Perlow Law Offices
Attorney for Plaintiff
1070 Reservoir Avenue
Cranston, RI 02910
(401) 943-5500
(401) 944-5454 [FAX]

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: ~~June~~ July 5, 2005

U.S. District Judge
7/8/05